UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LEE WALTER PROVANCE,<br><br>Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY, a political Subdivision of the State of Montana,<br><br>Defendant. | Case No. CV-13-81-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Complaint is DISMISSED. Judgment is entered for the Defendant and against the Plaintiff.

Dated this 17th day of April, 2015.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk